Gregory J. Marshall (#019886)
Terence Whatley (#026670)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
gmarshall@swlaw.com
twhatley@swlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ISRAEL GARCIA AND JESSENIA M. GARCIA, IVAN A. MADRUENO, AND PRISCILLA ANN SALADORES AND KATHLEEN L. CONIAM,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC, fka GMAC MORTGAGE CORPORATION, EXECUTIVE TRUSTEE SERVICES, LLC, WELLS FARGO BANK, N.A., RONALD M. HORWITZ, RESIDENTIAL FUNDING COMPANY, LLC, fka RESIDENTIAL FUNDING CORPORATION, QUALITY LOAN SERVICE CORPORATION, GMAC MORTGAGE, LLC, JOHN DOES 1 through 1,000, et al.,<br><br>Defendants. | No. _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>**(Federal Question)** |

**TO THE HONORABLE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby files this Notice of Removal of

the state court civil action filed against it that is described below. The grounds for removal are:

1. Israel Garcia, Jessenia M. Garcia, Ivan A. Madrueno, Priscilla Ann Saladores, and Kathleen L. Coniam ("Plaintiffs"), with the filing of the Complaint, commenced this action in the Superior Court of the State of Arizona for the County of Maricopa on January 12, 2009, in Case Number CV2009-000808 (the "Superior Court Action").

2. Wells Fargo received a Summons and a copy of the Complaint in the Superior Court Action on January 13, 2009, attached as Exhibit A. This Notice of Removal therefore is timely filed under 28 U.S.C. § 1446.

3. Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona, Phoenix Division, embraces Maricopa County, Arizona.

4. The Superior Court Action involves federal question claims arising under: (1) Real Estate Settlement Procedures act, 12 U.S.C. §§ 2601 et seq., and (2) Truth-in-Lending Act, 15 U.S.C. §§ 1601 et seq. Under 28 U.S.C. § 1331, this Court has original jurisdiction over these claims because they arise under the Constitution, laws, or treaties of the United States.

5. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims in the Superior Court Action because they are so related to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 that they form part of the same case or controversy.

6. Under 28 U.S.C. § 1441, the Superior Court Action may be removed to this Court by Wells Fargo, without regard to the residence or citizenship of the parties, because this Court has original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States.

7.  On February 3, 2009, Defendant Ronald M. Horwitz filed a Motion to Dismiss him from the Superior Court Action.  A copy is attached as Exhibit B.  Upon information and belief, no other proceedings have been had in the Superior Court Action, other than the filing of the Complaint and service of process, as of the date of filing this Notice of Removal.

8.  Pursuant to 28 U.S.C. § 1446, in addition to the Complaint attached as Ex. A, and the Motion to Dismiss attached as Exhibit B, copies of all process and orders served upon all defendants in the Superior Court Action are attached as Exhibit C.  Attached as Exhibit D are the consents to removal of Defendants GMAC Mortgage, LLC, Executive Trustee Services, LLC, Ronald M. Horwitz, Residential Funding Company, LLC, and Quality Loan Service Corporation.

9.  Pursuant to 28 U.S.C. § 1446 and LRCiv 3.7(a), counsel for Wells Fargo has caused a copy of this Notice of Removal to be filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa, a copy of which is attached as Exhibit E.

WHEREFORE, Wells Fargo respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Maricopa County, State of Arizona.

DATED this 12th day of February, 2009.

SNELL & WILMER

By: */s/Gregory J. Marshall*
    Gregory J. Marshall
    Terence Whatley
    One Arizona Center
    Phoenix, Arizona 85004-2202
    Attorneys for Wells Fargo Bank, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2009, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the ECF System for filing and transmittal.

And a copy of the foregoing will be mailed via regular U.S. mail to the following who is not a registrant of the ECF system or who are receiving courtesy copies:

Israel Garcia and Jessenia M. Garcia
6526 South 41st Lane
Phoenix, AZ 85041

Ivan A. Madrueno
1815 East Pecan Road
Phoenix, AZ 85040

Priscilla Ann Saladores
Kathleen L. Coniam
8438 North 85th Street
Scottsdale, AZ 85251

Paul M. Levine, Esq.
McCarthy Holthus Levine
363 North Central Avenue, Suite 1050
Phoenix, Arizona 85012

Douglas Toleno, Esq.
Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, California 92177

Janessa E. Koenig , Esq.
JABURG & WILK, P.E.
2 3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

　　　　　　　　　　　　　　　　　　　　/s/Debbie Shuta

9444488.1